

cacd_ecfmail@cacd.uscourts.gov
08/20/2008 02:06 PM

To: InterdistrictTransfer_CASD@casd.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

CASE: 3:08-cv-01468

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
as case 2:08-cv-05447, filed 08/19/2008.